

# NUMBER 13-19-00242-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

## IN RE TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC

## On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Contreras and Justices Benavides and Hinojosa
### Order Per Curiam

Relator Transcontinental Gas Pipe Line Company, LLC filed a petition for writ of mandamus in the above cause on May 23, 2019. Through this original proceeding, relator seeks to compel the trial court to set aside an order of abatement.

The Court requests that the real party in interest, The Barnhart Family Partnership, Ltd., or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
24th day of May, 2019.